# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

    V.                                          CASE NUMBER: 3:07CR61-2

Emmanuel Ellis Keller

THIS MATTER is before the Court on an Order of Remand, filed 5/4/2011, from the Fourth Circuit Court of Appeals for re-sentencing.

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport & produce the body of Defendant, Emmamuel Ellis Keller (USM# 98943-071), for re-sentencing before the honorable Max O. Cogburn, in the Western District of North Carolina, Charlotte not later than April 19, 2012, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: March 28, 2012

Max O. Cogburn Jr.
United States District Judge